UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSALIE GUANCIONE,<br><br>    Plaintiff,<br><br>v.<br><br>NICOLE LOPEZ,<br><br>    Defendant. | Case No.    3:23-cv-01930-TLT<br><br>[~~PROPOSED~~] ORDER DISIMISSING ACTION |

Having considered Plaintiff's Request for Dismissal and Defendant's nonopposition, the Court hereby dismisses this action without prejudice. The temporary restraining order entered by Santa Clara County Superior Court has expired. *See Granny Goose Foods, Inc. v. Bhd. of Teamsters & Auto Truck Drivers Loc. No. 70 of Alameda Cnty.*, 415 U.S. 423, 439–40 (1974).

IT IS SO ORDERED.

DATED this __28th__ day of __July__, 20__23__.

_____
Hon. Trina L. Thompson
United States District Judge